No. 65951.—The Graber Co. *v.* United States, protest 313751–K (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass drapery hardware similar in all material respects to that the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiff was sustained.

No. 65952.—John A. Steer Company *v.* United States, protest 59/31657 (Philadelphia).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the items of merchandise consist of essential and integral parts of machines, which utilize, modify, and apply energy or force and transmit motion, and that said parts and the machines of which they are parts do not have electrical elements or devices as essential features thereof, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 7, 1961

No. 65953.—B. A. McKenzie & Co., Inc. *v.* United States, protest 321410–K (Seattle).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon mending twine similar in use to flax rope or twine used in tying together gill nets and following the principles in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.